UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Joshua Conlan**

    v.                                   Case No. **17-cv-00181-JL**

**FCI Berlin, Warden**

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 7, 2017. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

/s/ Joe Laplante
Joseph N. Laplante
Chief Judge

Date: December 15, 2017

Cc: Joshua Conlan, pro se
    Seth Aframe, AUSA