```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

**Joshua Conlan**

    v.                              Case No. **17-cv-00181-JL**

**FCI Berlin, Warden**


### AMENDED ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 7, 2017.

_____
Joseph N. Laplante
Chief Judge

Date: May 21, 2018